UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IRFAN GOKCE, | ) | CASE NO. C08-0720-RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| PATRICIA RYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is DISMISSED without prejudice for failure to prosecute; and

(3)     The Clerk is directed to send copies of this Order to plaintiff at his last known address and to the Honorable Mary Alice Theiler.

DATED this 3rd day of October, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -1